ACCEPTED
03-14-00088-CR
4520741
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 7:49:17 PM
JEFFREY D. KYLE
CLERK

CAUSE NUMBER 03—14—00088—CR
CAUSE NUMBER 03—14—00408—CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/18/2015 12:00:00 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| DARIUS LOVINGS | X | IN THE COURT OF APPEALS |
| | X | |
| V. | X | THIRD COURT OF APPEALS |
| | X | |
| STATE OF TEXAS | X | STATE OF TEXAS |

## APPELLANT'S FOURTH MOTION TO EXTEND TIME FOR FILING OF APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW THE APPELLANT, by and through his appointed attorney of record, Paul M. Evans, in the above entitled and numbered causes, and moves this Court, to grant the Appellant's Fourth Motion to Extend Time for Filing Appellant's Brief, and, in support thereof, would show the Court as follows:

I.

Appellant's Brief was due before this Court on February 17, 2015. A previous Motion to Extend was filed in Cause 03—14—00088—CR on July 25, 2014, along with a Motion to Consolidate with Cause 03—14—00408—CR. Both motions were granted on July 28, 2014. A second Motion was

filed on November 24, 2014, and granted the following day. A third Motion to Extend was filed on January 28, 2015, and granted the following day.

## II.

The undersigned counsel has completed the Appellant's Brief and would respectfully ask that this Court consider said Brief to be timely filed.

On March 13, 2015, this Court abated the appeal to the trial court for a hearing to determine whether Appellant still wished to pursue the appeal and whether the trial court should appoint other counsel to represent Appellant on appeal. On March 16, the trial court held a hearing pursuant to this Court's order, at which time the trial court determined that the undersigned counsel had not abandoned the appeal and was almost finished with the completion of Appellant's Brief.

On the morning of January 30, 2015, the undersigned counsel awoke to find his sciatic nerve was severely pinched. The cause is unknown, and the resulting pain was excruciating and non-stop. Counsel is still hobbling as of the date of the instant filing. This development was not anticipated by the undersigned counsel. The effect on the undersigned counsel's ability to focus and concentrate has been very profound. Additionally, construction of a high rise building in the 800 block of Nueces Street, less than 50 yards from the undersigned counsel's office, has begun in earnest during the same

period. Since the filing of the last motion to extend, an entire hillside has been excavated and leveled at close proximity to the undersigned counsel's workplace. At times, the noise from construction has prevented the undersigned counsel from working on the instant matter during ordinary daylight hours.

The undersigned counsel offers his sincerest apologies to the Court for tendering a late brief, but under the circumstances, this is the earliest date on which the Appellant's Brief could have been completed without doing violence to the undersigned counsel's obligations to his clients, Appellant included.

## III.

This Motion is not made for purposes of delay, but so that justice might be served.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Court, upon good cause shown, grant the Appellant's Fourth Motion to Extend Time for Filing Appellant's Brief.

Respectfully submitted,
Law Office of Paul M. Evans
811 Nueces Street
Austin, Texas 78701
(512) 569-1418
(512) 692-8002 FAX

_/s/ Paul M. Evans_____
PAUL M. EVANS
SBN 24038885
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was delivered by hand and by electronic e-file notice unto the office of the prosecuting attorney for the State of Texas on this the 16th day of March, 2015.

_/s/ Paul M. Evans_____
PAUL M. EVANS

## CERTIFICATE OF COMPLIANCE

I hereby certify that the present document contains 623 words, all contents included.

_/s/ Paul M. Evans_____
PAUL M. EVANS